UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Denia Burdie,

    Plaintiff,

—v—

Highgate Hotels, L.P., *et al.*,

    Defendants.

19-cv-06198 (AJN)

ORDER

FEB 1 1 2020

ALISON J. NATHAN, District Judge:

Magistrate Judge Freeman has extended fact discovery in this matter to March 31, 2020. Dkt. No. 32. The post-discovery status conference is accordingly adjourned to April 17, 2020 at 3:45 p.m.

SO ORDERED.

Dated: February 11, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge

1