UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/16/20

Denia Burdie,

                Plaintiff,

–v–

Highgate Hotels, L.P., *et al*.,

                Defendants.

19-cv-06198 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The post-discovery status conference in this matter is hereby adjourned sine die.

    SO ORDERED.

Dated: April 16, 2020
       New York, New York

                              ALISON J. NATHAN
                            United States District Judge