USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/17/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――――x

DENIA BURDIE,

          Plaintiff,          Case No. 1:19-CV-6198 (AJN) (DCF)

                                                  STIPULATION OF
                                                  **DISCONTINUANCE**

          -against-

HIGHGATE HOTELS, L.P.,
MTS NY PROPCO, L.P.
MTS NY LESSEE, L.P. d/b/a THE MANHATTAN
AT TIMES SQUARE HOTEL
IRAIDA MORRILLO,
individually, and
and COE PERKINSON, individually.

                    Defendants.
―――――――――――――――――――――――――――――x

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the Defendants, and the Plaintiff, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, all claims asserted in the above entitled action be, and the same hereby are discontinued with prejudice.

Dated:  New York, New York
          July 10, 2020

1

4823-3861-7282 v1

| | |
|---|---|
| **THE DEREK SMITH LAW GROUP, PLLC.**<br>Attorneys for Plaintiff | **KANE KESSLER, P.C.**<br>Attorneys for Defendants HIGHGATE HOTELS, L.P.,<br>MTS NY PROPCO, L.P.<br>MTS NY LESSEE, L.P. d/b/a THE MANHATTAN<br>AT TIMES SQUARE HOTEL<br>IRAIDA MORRILLO |

By: /s/Zachary Holzberg
      Zachary Holzberg, Esq.
One Penn Plaza, Suite 4905
New York, New York 10119
(212) 587-0760
zachary@dereksmithlaw.com

By: /s/Lois Traub
      Lois M. Traub, Esq.
666 Third Avenue
New York, NY 10017
Tel: 212-519-5120
ltraub@kanekessler.com

**LONDON FISCHER LLP**
Attorneys for Defendant Coe Perkinson

By: /s/Wendy Keenan
      Wendy Keenan, Esq.
59 Maiden Lane
New York, New York 10035
212-331-9516
WKeenan@LondonFischer.com

*[Signature]* 7/17/20
SO ORDERED.
ALISON J. NATHAN, U.S.D.J.

2

4823-3861-7282 v1

4823-3861-7282 v1